**Warren G. WHEELER, Jr., et ux., et al., petitioners, v. UNITED STATES.   No. 85–668.**

Supreme Court of the United States.

Jan. 21, 1986.   Denied.